TITLE GUARANTEE AND TRUST COMPANY, Individually and as Executor of MARY A. MOTT, Deceased, Respondent, *v.* PHILIP SUGERMAN et al., Appellants, and GEORGE JOHNSTON, as Substituted Trustee, et al., Respondents.

*Title Guarantee & Trust Co.* v. *Sugerman,* 153 App. Div. 912, affirmed.

(Argued May 21, 1913; decided June 10, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered November 20, 1912, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to set aside a trust deed as void under the Statute of Uses and Trusts and as being void as part of a usurious transaction, to set aside a bond and mortgage of $5,000 on the ground of usury, and to compel defendant, Royal Bank of New York, to surrender to the plaintiff a certificate for fifteen shares of the Metropolitan Plate Glass Company, on the ground it was pledged as collateral for the usurious loan upon the said $5,000 bond and mortgage, and demanding judgment that defendants Sugerman and Royal Bank surrender up and cancel of record the assignment and the

bond and mortgage and deliver to plaintiff the fifteen shares of stock held by the Royal Bank of New York, claiming them all to be one transaction.

*L. E. Warren* for appellants.

*George D. Bergener* for plaintiff, respondent.

*William B. Hurd, William H. Good* and *Frank G. Wild* for defendants, respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, CHASE, CUDDEBACK and HOGAN, JJ. Taking no part: MILLER, J.